|  |  |
|---|---|
| Leah Walker, on behalf of herself and all others similarly situated )<br><br>Plaintiffs, )<br><br>v. )<br><br>A Boutique By Rachel Clark, LLC, )<br><br>Defendant. ) | **United States District Court<br>Northern District of Illinois**<br><br>Case No.: 1:25-cv-10246<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: December 19, 2025

*/s/ Alison Chan*
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
68-29 Main Street,
Flushing, NY 11367
O: (844) 731-3343
C: (630)-478-0856
Email: achan@ealg.law
*Attorneys for Plaintiff*

/s/ *Ryan T. Benson*
By: Ryan T Benson
O'Hagan Meyer, LLC
One E. Wacker Drive Suite 3400
Chicago, IL 60601
T: (312) 422-6100
Email: Rbenson@ohaganmeyer.com
*Attorneys for Defendant*